**FILED**

**AUG 11 2009**

**EUGENE R. WEDOFF,**
**BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 09 B 16805 |
| JACQUELINE JACKSON, ) | |
| ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LEEDERS & ASSOCIATES, LTD, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF <u>INTERIM</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $600.00 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $300.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $300.00 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $300.00**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)     **Clerical Work Not Compensable**
The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: AUGUST 11, 2009

Eugene R. Wedoff
United States Bankruptcy Judge

1

## ITEMIZATION OF ATTORNEYS' FEES

Hourly rate for attorneys: $250 per hour

*Deduct*

| | | | |
|---|---|---|---|
| Analysis of documents from 722 Redemption | 10 minutes | #1 | $94.00 |
| Preparation and filing* of Motion for Redemption | 45 minutes | | |
| Analysis of Citifinancial Auto Credit Inc's Response | 20 minutes | | |
| Preparation and filing* of first Reply to Citifinancial Auto Credit Inc's Response | (60 minutes) | #1 | $172.00 |
| Preparation and filing* of second Reply to Citifinancial Auto Credit Inc's Response | 45 minutes | #1 | $94.00 |
| Initial court appearance (requested continuance) | 10 minutes | | |
| Two (2) emails written to Citifinancial's attorney to discuss settlement  (Four emails total w/ attorney) | 20 minutes | | |
| Preparation of Agreed Order | 5 minutes | | |
| Second court appearance for entry of Agreed Order | 10 minutes | | |

TOTAL                                         165 minutes
                                              2.75 hours

2.75 hours x $250 per hour                    FEES: $687.50

                                              FEES REQUESTED: $600.00

\* Leeders & Associates, Ltd. has no clerical staff. Attorneys file all legal documents including bankruptcy petitions and all motions